AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT

for the

Northern District of California

United States of America
v.
Yaowapha Ritdet
*Defendant*

Case No. 14-cr-00215-EMC

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 8/17/16

*Defendant's signature*

*Signature of defendant's attorney*

*Printed name of defendant's attorney*

*Judge's signature*

Joseph C. Spero, Magistrate Judge
*Judge's printed name and title*
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

FILED
AUG 17 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA