UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** April 26, 2017 **Time:** 18 minutes **Judge:** EDWARD M. CHEN

**Case No.:** CR14-0215EMC **Case Name:** UNITED STATES v. Yaowapha Ritdet

**Attorney for Plaintiff:** Jose Olivera
**Attorney for Defendant:** Jay Weill

**Deputy Clerk:** Betty Lee
**Interpreter:** Benjawan Terlecky - Thai

**Court Reporter:** Christina Triska
**Probation Officer:** Jill Spitalieri

FILED
APR 26 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## PROCEEDINGS

SENTENCING

## SUMMARY

The Court sentenced the defendant to the B.O.P. for a period of 24 months. Upon release from custody, the defendant shall be placed on a term of supervised release for a period of 3 years. The defendant is ordered to pay a special assessment in the amount of $200.00 immediately. The defendant is further ordered to pay restitution in the total sum of $567,755.65. Fine is waived. The Court recommends defendant to be placed at a facility that is closed to the Bay Area. Defendant shall self-surrender by 7/31/17. See Judgment for details.